AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

WESTERN District of TEXAS

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| (1) Glenn McGarity Jr. | ) |
| (2) Diontay Roberson | ) |
| (3) Anneil Tedder | ) |
|  | ) |

Case No. SA-24-MJ-709

*Defendant(s)*

**FILED**

May 08, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Valeria Sandoval_
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 7, 2024 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113 & 924(c)(1)(A)(ii) | Bank Robbery and Brandishing a Firearm During and in Relation to a Crime of Violence.

Penalties: Maximum 25 Years Imprisonment; Maximum $250,000 fine or both; Maximum 3 Years Supervised Release; and $100 Mandatory Special Assessment; and Not less than 7 Years Imprisonment and not more than Life; Maximum $250,000 fine or both; Maximum 5 Years Supervised Release; and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

GERALD-RASHID ROBERTS  Digitally signed by GERALD-RASHID ROBERTS Date: 2024.05.08 11:15:11 -05'00'

*Complainant's signature*

SA Rashid S. Roberts, ATF

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 5/8/24  at 1:35PM

*Judge's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, U.S. Magistrate Judge

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>**

I, Gerald-Rashid S. Roberts, being duly sworn, do hereby depose and state:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been since January 2022. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy, both conducted at the Federal Law Enforcement Training Center. I received specialized training concerning violations of the Gun Control Act within Title 18 and the National Firearms Act within Title 26, of the United States Code pursuant to firearms violations. I am a duly sworn agent who is authorized to carry firearms, execute warrants, and make arrests for offenses against the Unites States and to perform such other duties as authorized by law.

2.      Prior to becoming a Special Agent with the ATF, I was employed by the Fairfax County (Virginia) Police Department for 11 years where I worked as a detective. I was assigned to the Major Crimes Bureau where I investigated criminal offenses involving sexual assault, child abuse, and other serious crimes against persons.

3.      Prior to my tenure with FCPD, I was enlisted in the United States Navy where I served as a member of the US Navy Security Forces for more than 6 years. I completed approximately 430 hours of training at Naval Technical Training Center for Law Enforcement. I conducted numerous antiterrorism/personal protection operations and investigated violations of Uniform Code of Military Justice. My current assignment with the ATF San Antonio I Office, involves the investigation of robberies that affect interstate commerce and violent criminals.

4.      The facts contained in this affidavit are based upon information provided to me by other law enforcement officers and witnesses.  Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged.   Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

## PROBABLE CAUSE

5.      I have been investigating a robbery crew involved in a string of armored truck robberies that have occurred since November 2023 in the San Antonio area. The crew has a consistent robbery technique where they wait for the guard to first empty the cash trays with a lesser amount of cash from the ATMs and return to the inside of the armored truck. When the armored truck driver exits the truck with replenished cash trays, the crew approaches with brandished firearms, stealing the U.S. currency. During the robberies, the crew commonly uses stolen vehicles, which are then discarded within a few miles from the robbery scene. Glenn McGarity, Jr., Diontay Roberson, and Anneil Tedder are connected to these robberies and participated in a robbery that occurred on May 7, 2024.

6.      During the investigation, law enforcement determined that the robbery crew had acquired a light colored 2020 Mitsubishi Outlander SUV that had been stolen in early April 2024. On May 2, 2024, law enforcement observed Roberson move the stolen Outlander from a location on Corian Glen Dr. to a driveway on Point West St in San Antonio while McGarity followed in Roberson's 2022 black Nissan Altima/ On the morning of May 3, 2024, McGarity and Roberson moved the Outlander back to the location on Corian Glen Dr.

7.      On May 6, 2024, around 12:00 hours, went to the Westwood Center Shopping Mall at 11019 Culebra Rd where it parked feet away from a standalone USAA ATM in the parking lot. The Outlander had heavily tinted windows and was bearing a paper tag that did not belong to the Outlander. Law enforcement also observed Tedder's black Camry nearby following an armored truck for a short period of time. The Camry then drove to the same parking lot as the Outlander upon which the Outlander and the Camry briefly drove away from the ATM and stopped close to each other. After more than an hour, the Outlander and the Camry exited the shopping center parking lot and drove toward Schertz. The Outlander arrived at The Palmera Apartments and backed into a parking spot at the rear of the complex parking a few spots away from Roberson's Altima. Meanwhile, Tedder's Camry arrived in the parking lot of the apartment complex and departed moments later. The Camry briefly stopped at a nearby restaurant before driving to Tedder's and McGarity's residence at the 500 block of Saddle Hill in Cibolo.

8.      On the morning of May 7, 2024, the Outlander went to a business parking lot next to the Bank of America located at 5101 Walzem Rd in Windcrest. Investigators surveilled the parked Outlander and the surrounding area. The Outlander's rear license plate was (TX) "JYR9609", which is expired but was last registered to Tedder's stepfather. Tedder's Camry was located parked in an alley near a residential neighborhood about a mile away from the Outlander.

9.      A Brink's armored truck arrived at the rear of the Bank of America and began to service the ATMs. As the Brink's guard exited the armored truck with loaded cash trays, McGarity and Roberson exited the driver side of the Outlander with pistols and ordered the guard on to the ground at gunpoint as they stole a bag containing approximately $154,000 in cash. Roberson was wearing a dark balaclava style face mask, green disposable gloves, olive drab green pants with olive drab green hooded sweatshirt, dark athletic shoes, wielding a pistol with an extended

magazine in his right hand. McGarity was wearing a dark balaclava style face mask, dark gloves, woodland camouflage pants with woodland camouflage jacket, black athletic shoes wielding a pistol in his right hand. The two suspects returned to the Outlander and sped to the alleyway where Tedder's Camry was parked. Roberson moved a bag to Tedder's Camry before dousing the Outlander with gasoline from a red gas can.

10. Law enforcement arrived at the location, prompting McGarity and Roberson to flee the area in the Camry driving northbound on IH-35 at a high rate of speed while being followed by a police helicopter. The Camry entered a residential neighborhood in Schertz and stopped upon which Tedder exited the Camry with a bag containing U.S. currency from the robbery. Pursuing officers then detained Tedder.

11. Meanwhile, the Camry continued to flee before stopping a short time later after which a male exited the Camry. The Camry then drove to a wooded area with power lines and the McGarity, the remaining occupant, fled on foot and hid in the brush. McGarity was then apprehended by SWAT team officers.

12. Law enforcement had established a perimeter around the neighborhood but did not locate Roberson. Residential surveillance footage from the neighborhood where Roberson had been let out of the Camry showed Roberson jumping the fence of a residence while the area was being searched by law enforcement.

13. McGarity and Tedder were transported to SAPD Robbery for interviews. In a post-Miranda interview, McGarity stated that law enforcement already knew what happened and that he would probably die in jail. McGarity claimed Tedder had acted by his direction and did as she

was told. McGarity claimed that Tedder had stayed in her Camry and was unaware of what was going on.

14.    As for Tedder, in a post-Miranda interview she initially claimed that McGarity asked her to drive to the alleyway near the Bank of America by McGarity and to wait there until he returned. McGarity returned to the Camry masked and appeared to be in a rush, putting a bag with black boxes in the back seat. McGarity then drove erratically on IH-35 North saying the police were after them before having Tedder exit the car with a bag after which she arrested.

15.    When asked about her whereabouts on May 6, 2024, Tedder initially claimed she had been driving her Camry on Culebra Rd with no specific destination before parking at a Dunkin' and but not patronizing the establishment. Eventually, Tedder admitted that McGarity had been operating the Outlander and that her role was to drive around and look for things that were "suspicious", including police. Tedder also admitted following the Brink's truck on May 6 as part of her role and duties as directed by McGarity.

16.    During the robbery, McGarity and Roberson stole approximately $154,000, which was in the care, custody, control, management, and possession of Bank of America, the deposits of which are insured by the Federal Deposit Insurance Corporation.

10.    Based on the above, there is probable cause to believe that on May 7, 2024, Glenn McGarity Jr., Diontay Roberson, and Anneil Tedder committed bank robbery, in violation of 18 U.S.C. § 2113, and knowingly brandished a firearm during and in relation to that robbery or aided

and abetted the same, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

GERALD-RASHID   Digitally signed by GERALD-
ROBERTS        RASHID ROBERTS
               Date: 2024.05.08 11:15:26
               -05'00'

Gerald-Rashid S. Roberts
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to and subscribed to telephonically on _____May 8_____, 2024.

Hon. Elizabeth S. Chestney
United States Magistrate Judge